**Exhibit A to the Complaint**

**Location:** Warminster, PA

**Total Works Infringed:** 25

**IP Address:** 100.34.61.177

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 4FFDE0436D3756E42A316166ABAC63CCCD74B85F<br>File Hash:<br>DC4563E3B6ED3B0430999D1C4AF87781C5743A85D800AD1BC19ED5185A4D2AEC | 03-19-2023<br>03:47:59 | Tushy | 06-15-2018 | 07-14-2018 | PA0002128159 |
| 2 | Info Hash: A72BE735D576B5D1698069C9E914BDF92FBB83F8<br>File Hash:<br>779FA174AC0DAA367DA841F6900E0E1C57DC90C72808D0C74BC689BB30CA23FE | 03-16-2023<br>02:48:05 | Blacked<br>Raw | 06-16-2019 | 07-17-2019 | PA0002188314 |
| 3 | Info Hash: F70A608080EE69C5B9D8441C04342D089F1A8C1E<br>File Hash:<br>B63EE77DA3835713F6183CA52EB03E35D955AFD6C771DD869F3A6921953BB5AC | 02-06-2023<br>05:44:22 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 4 | Info Hash: 14B10A509F9801CDB0F3A26FB468B879FA1052C7<br>File Hash:<br>7111B20609AC2DDD76A51E9E2F4910F0DFD86179DD930790BD97963AE5C365E0 | 02-06-2023<br>03:44:58 | Blacked<br>Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |
| 5 | Info Hash: 3974193BE216E1983FA45555400BED7123CE9E20<br>File Hash:<br>C632AE85045A09A74C9C4D73D685EF74296B0C531000D8BF808626D5A16E2942 | 01-14-2023<br>18:38:29 | Blacked<br>Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 6 | Info Hash: 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A<br>File Hash:<br>F997341CFEA250813769A2C58B8CE85C90588C532B71CC9E69B3CB9329FA7EA7 | 01-14-2023<br>18:35:29 | Blacked<br>Raw | 07-26-2018 | 09-01-2018 | PA0002119594 |
| 7 | Info Hash: 2918BDB991FE3BBC54C59C045CC0C24DAA1CBFF4<br>File Hash:<br>C601B70B3A5A0C15333A80222F2F96FC3A793A3F64ACCCCDFE72B2CFFCD469A0 | 01-14-2023<br>02:49:54 | Tushy | 02-10-2019 | 03-24-2019 | PA0002184028 |
| 8 | Info Hash: 062215626C7F3ABD8EAF39A7230075DD43CF13A7<br>File Hash:<br>7C0286924589063E7ED5B4F32A997B453151535C4F676F0D1E25A63F9E5C14FC | 01-06-2023<br>03:42:22 | Blacked<br>Raw | 05-11-2020 | 06-08-2020 | PA0002243646 |
| 9 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash:<br>48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 01-06-2023<br>03:20:36 | Tushy | 05-11-2018 | 05-24-2018 | PA0002101379 |
| 10 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash:<br>B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 10-27-2022<br>02:49:46 | Blacked<br>Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 11 | Info Hash: 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4<br>File Hash:<br>F21E9548AB0C5E16975FFC58376333C59E66BC315D487F173E604E6027D5AA47 | 10-24-2022<br>17:53:55 | Blacked<br>Raw | 03-08-2018 | 04-17-2018 | PA0002116094 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash:<br>EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 10-19-2022<br>03:46:40 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 13 | Info Hash: FD928994BB900C0D711D62EB937A56C97C5AE985<br>File Hash:<br>50A6B55F462056F39EB6959B255BD4E4EC371FF03BE75FBB0B5AD8BDA9585848 | 10-19-2022<br>03:45:44 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |
| 14 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash:<br>99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 10-18-2022<br>10:56:00 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 15 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash:<br>3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10-18-2022<br>10:54:31 | Blacked<br>Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 16 | Info Hash: 1285294362F6BAD27FAE30BA2B1D2EFE19BB5C1B<br>File Hash:<br>9177949C6F3E19FFF8E5DEFA890D6037BC01ADB1E04A0BC85D0A9BFCCAC088EE | 10-18-2022<br>10:53:04 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 17 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash:<br>2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 10-18-2022<br>10:52:07 | Blacked<br>Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 18 | Info Hash: BE12BC47B9E8402E60F764439965F58677EA2C40<br>File Hash:<br>37B0125CE7B2426E3BFD90B5564EA53F57F42E24B8E3BEEF272DAADA834740EE | 10-18-2022<br>10:50:11 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 19 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash:<br>5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 10-18-2022<br>10:48:32 | Blacked<br>Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 20 | Info Hash: 340388F38581DF5E919342C8EBB209978EEA9633<br>File Hash:<br>C6EADA660D518FE1F1BE432D3C0ABF2A095E0B0E0CDF5A2D7FE4C87E0A364900 | 10-18-2022<br>10:47:40 | Blacked | 01-30-2019 | 02-22-2019 | PA0002155138 |
| 21 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash:<br>5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10-18-2022<br>02:47:23 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 22 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash:<br>A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 10-18-2022<br>02:33:32 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 23 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash:<br>F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 10-18-2022<br>02:31:22 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C57AA08E54DCBD782F4B9A53E17C7AB932215387<br>File Hash:<br>00501D72C3CEB16F94D0A71BBF3FC9FBC900FB20709FDCE26FD83C39119C9538 | 10-18-2022<br>02:31:21 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 25 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash:<br>953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 10-18-2022<br>02:30:30 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |